**B. J. RUCKER, Petitioner, v. David H. BLAIR, Commissioner of Internal Revenue, Respondent.**

Circuit Court of Appeals, Ninth Circuit. April 1, 1929.

No. 5663.

W. P. Bell and J. B. Fogarty, both of Everett, Wash., for petitioner.

Mabel Walker Willebrandt, Asst. Atty. Gen., Sewall Key and John Vaughan Groner, Sp. Asst. Attys. Gen., and C. M. Charest, Gen. Counsel, and Prew Savoy, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before GILBERT, RUDKIN, and DIETRICH, Circuit Judges.

DIETRICH, Circuit Judge. This case is in all material respects like No. 5662 [32 F.(2d) 222], just decided, the only difference being that it involves a tax for 1919.

Accordingly the order appealed from is reversed.